RECEIVED – USDC –NH
2024 APR 29 PM 3:54

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 24-____ |
| v. | |
| LUKE CZEKALSKI | |

## INFORMATION

The United States Attorney charges:

COUNT ONE
26 U.S.C. § 5841, § 5861(d) and § 5871
Possession of Unregistered NFA Firearms

On or about November 30, 2022, in the District of New Hampshire, the defendant,

LUKE CZEKALSKI,

knowingly possessed one or more firearms, to wit, three "machineguns," as defined in 26 U.S.C. §5845(b), and five "firearm silencers," as defined in 18 U.S.C. § 921(a)(25), all of which were not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

JANE E. YOUNG
UNITED STATES ATTORNEY

Dated: April 29, 2024

By: Charles L. Rombeau
Assistant U.S. Attorney